IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SOMERSET INVESTMENTS, INC., dba
BOOKBYTE DIRECT, an Oregon Corporation,

Plaintiff,

v.

HENCO BOOK EXCHANGE, INC., dba
SAMEE'S TEXTBOOKS, a California
Corporation and SAMUEL J. COHEN,

Defendants.

Case No. 6:12 CV-0676-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on October 1, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

Dated this 23rd day of October, 2012.

_____
Ann Aiken, United States District Judge

Order -- Page 1